AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| LAURENCE ALVIN BULLOCK, III )<br>         Plaintiff, )<br>)<br>  v. )<br>)<br>)<br>FERROR, POIROT and WANSPROUGH, )<br>         Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-328-F** |

**Decision by Court.**

     IT IS ORDERED AND ADJUDGED that the court hereby ADOPTS the Magistrate Judge's M&R, and ORDERS that plaintiff's motion to proceed *in forma pauperis* is ALLOWED, and this action is DISMISSED.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 28, 2009**, AND A COPY MAILED TO:

Laurence Alvin Bullock, III
820 South Boylan Avenue
Raleigh, NC 27603


August 28, 2009                                                DENNIS IAVARONE,
Date                                                                       Clerk

                                                                                                  /s/ Susan K. Edwards

*Wilmington, North Carolina*                                *(By) Deputy Clerk*